AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ROBERT DENNES FULTON**
**DOB:x/xx/xx**

**CRIMINAL COMPLAINT**

**(Name and Address of Defendant)**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __DECEMBER 4, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

wilfully and by means of a screwdriver, crowbar, or some other metal object and tool, did injure Solid Steel Frame Door with Ballistic Glass that was the property of the United States, specifically, one of its agencies, the United States Department of Homeland Security at one of its offices located at 950 "H" Street, N.W. in the District of Columbia thereby causing damage to such property in excess of $1,000.00.

in violation of Title __18__ United States Code, Section(s) __1361__.

I further state that I am __SPECIAL AGENT MICHAEL D'ANGELO__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
**Signature of Complainant**
**SPECIAL AGENT MICHAEL D'ANGELO**
**UNITED STATES SECRET SERVICE**

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                     City and State

_____     _____
Name & Title of Judicial Officer            Signature of Judicial Officer